UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VENTURA, JR., | No. 2:16-cv-1239-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| SOCIAL SECURITY ADMINISTRATION., | |
| Defendant. | |

Presently pending before the court is defendant's motion to dismiss the action, which was noticed for hearing on September 1, 2016.  (ECF No. 6.)  Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or statement of non-opposition to that motion no later than fourteen (14) days prior to the hearing, i.e., by August 18, 2016.  E.D. Cal. L.R. 230(c).  Although that deadline has passed, the court's records reveal that no opposition or statement of non-opposition to the motion was filed.

It further appears that all case documents served on plaintiff by the defendant, including the notice of removal and the instant motion to dismiss, have been returned as undeliverable. Plaintiff has also not provided the court or defendant with notice of any address change in accordance with Local Rule 182(f).

////

1

The court has considered whether the case should be dismissed or other sanctions imposed based on plaintiff's failures. Nevertheless, in light of plaintiff's *pro se* status, and the court's desire to resolve the action on the merits, the court finds it appropriate to grant plaintiff an additional final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 1, 2016 hearing on defendant's motion to dismiss is VACATED.
2. Plaintiff shall file an opposition or statement of non-opposition to the motion no later than September 5, 2016.
3. Any reply brief by defendant shall be due no later than September 19, 2016.
4. Thereafter, the motion will be submitted for decision without oral argument on the record and written briefing pursuant to Local Rule 230(g). If the court subsequently determines that oral argument is necessary, the parties will be notified.
5. Failure to timely file an opposition or statement of non-opposition to the motion to dismiss will result in the imposition of sanctions, including dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  August 22, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE